IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.	CRIMINAL NO. 5:18CR25DCB-LRA

MICHELLE HAWKINS

## ENTRY OF APPEARANCE

COMES NOW, Michael L. Scott, and enters his appearance as co-counsel for Michelle Hawkins.

This the 28th day of January, 2019.

Respectfully submitted,

BY: /s/*Michael L. Scott*
Michael L. Scott, MB#101320
Assistant Federal Public Defender
200 South Lamar Street, Suite 200-N
Jackson, Mississippi 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: *Mike_Scott@fd.org*

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Michael L. Scott, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

This the 28th day of January, 2019.

/s/Michael L. Scott
Assistant Federal Public Defender