IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

MICHELLE HAWKINS

v.                                  CASE NO. 5:18-cr-25-DCB-LRA-1

UNITED STATES OF AMERICA

ORDER

This matter is before the Court on Michelle Hawkins ("Hawkins")'s Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). [ECF No. 32]. According to the Federal Bureau of Prisons, Hawkins was released from custody on May 27, 2020.[1] Therefore, her request for Compassionate Release is moot. See United States v. Larkin, 2020 WL 3129023, at *2 (D. Nev. Jun. 12, 2020)(finding motion for compassionate release moot because the defendant was no longer within the environment of a correctional facility).

Accordingly,

IT IS HEREBY ORDERED that Michelle Hawkins' Motion for Compassionate Release [ECF No. 32] is DENIED AS MOOT.

SO ORDERED this the 22nd day of July, 2020.

   /s/ David Bramlette   
UNITED STATES DISTRICT JUDGE

---

[1] See Federal Bureau of Prisons, Find and Inmate, https://www.bop.gov/inmateloc/ (last accessed July 22, 2020).